UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERYL BLY-CHESTER,

Plaintiff,

v.

EL DORADO COUNTY, et al.,

Defendants.

No. 2:24-cv-02061-DAD-CSK

ORDER GRANTING MOTION TO EXTEND DISCOVERY RESPONSE DEADLINE

(Doc. No. 38)

On March 18, 2026, defendants filed a motion to extend the March 25, 2026 deadline for defendants to serve responses to plaintiff's discovery.  (Doc. No. 38.)  Plaintiff has not filed an opposition to that motion.

It is not entirely clear from defendants' motion what discovery request(s) are at issue and, accordingly, which Federal Rule of Civil Procedure governs that deadline.  In addition, defendants filed this motion pursuant to Local Rule 233 which permits filing of motions for administrative relief, which may include "requests to extend a response deadline[.]"  L.R. 233. However, because the motion appears related to a discovery dispute and does not request modification of the scheduling order, in the court's view it is likely more appropriately considered under Local Rule 251.  *See Beard v. County of Stanislaus*, No.  1:21-cv-00841-ADA-SAB, 2022 WL 12073987, at \*5 (E.D. Cal. Oct. 20, 2022) (finding that discovery motions "to which specific

/////

1

Local Rules and Federal Rules of Civil Procedure apply" are not administrative motions governed by Local Rule 233).  Nonetheless, in light of the nature of the motion and the apparently applicable response deadline, the undersigned will address the motion on the merits.

According to the pending motion, defendants were served with discovery on February 23, 2026 and had a deadline for their responses of March 25, 2026.  (Doc. No. 38 at 2.)  Defendants' counsel, attorney Carolee G. Kilduff, declares that on February 24, 2026, she informed plaintiff's counsel of her inability to provide discovery responses by the March 25, 2026 deadline.  (*See* Doc. Nos. 38 at 5; 38-1 at ¶ 9, p. 5.)  Defendants represent that plaintiff counsel has subsequently offered to extend the discovery response deadline to April 20, 2026, an offer which defendants' counsel declined due to certain identified scheduling conflicts and filed this motion seeking an extension of their response deadline of merely an additional ten (10) days to April 30, 2026.  (*Id.* at 2–3.)  That request is a reasonable one, supported by good cause, and will be granted.

For the reasons explained above, the court GRANTS defendants' motion to extend a discovery response deadline (Doc. No. 38) TO April 30, 2026.

IT IS SO ORDERED.

Dated:    **March 24, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE