UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BLY-CHESTER, | No. 2:24-cv-02061-DAD-CSK |
| Plaintiff, | |
| v. | ORDER VACATING DATES AND DEADLINES IN LIGHT THE PARTIES' STIPULATION |
| EL DORADO COUNTY, et al., | |
| Defendant. | (Doc. No. 46) |

On May 13, 2026, the parties filed a joint stipulation requesting to modify the court's scheduling order. (Doc. No. 46.) In their request, the parties note that there is a potentially related state court action, *Bly-Chester v. El Dorado County Board of Supervisors*, pending in the El Dorado County Superior Court. (*Id.* at 1.) The parties present the following reasons for the requested modification: (1) the parties have delayed fact discovery in this case while awaiting a ruling regarding defendants' demurrer to plaintiff's fourth amended complaint in the state court action in order to "economize their respective resources;" (2) defendants filed a motion to stay this action pending the state court proceedings (Doc. No. 33) on March 10, 2026, and that motion remains pending; (3) defendants' counsel Carolee Kilduff has announced her intended retirement at the end of 2026 and counsel Serena M. Warner requires time to familiarize herself with this case; (4) plaintiff's counsel Glenn W. Peterson recently withdrew from the case; and (5) the

1

parties are considering engaging in further mediation. (*Id.*) The parties specifically request that the court extend the fact discovery deadline to 60 days after either this court rules on defendants' pending motion to stay or 60 days after the state court's ruling on "Defendants' demurrer or a subsequent demurrer, without leave for further amendment," whichever is earlier. (Doc. No. 46 at 3.) The parties further request that the court extend the expert disclosure deadline to 30 days after the close of fact discovery, and that the deadline for filing motions be extended 45 days after the deadline for rebuttal expert disclosures. (*Id.*) However, the court is not inclined to adopt this schedule suggested by the parties because it does not provide sufficient certainty as to the dates upon which the various new deadlines will fall.

In light of the parties' joint stipulation requesting modification of the court's scheduling order, and good cause appearing, the court hereby VACATES all dates and deadlines to be reset following the court's issuance of its order resolving defendants' pending motion to stay (Doc. No. 33).

IT IS SO ORDERED.

Dated:   **May 15, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE